**Mohammad J. HASHEMI; Nahid
Hashemi, Appellants,**

v.

**COMMISSIONER OF INTERNAL
REVENUE, Appellee.**

No. 03–1682.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 6, 2004.

Decided March 18, 2004.

Mohammad J. Hashemi, St. Louis, MO, pro se.

Nahid Hashemi, St. Louis, MO, pro se.

Gilbert Rothenberg, Teresa T. Milton, Charles Bricken, U.S. Department of Justice, B. John Williams, Jr., Chief Counsel, U.S. Internal Revenue Service, Washington, DC, for Appellee.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Mohammad and Nahid Hashemi appeal the tax court's [1] order granting the motion of the Commissioner of Internal Revenue (Commissioner) for the entry of a decision. The Hashemis admit they have no quarrel with the tax years underlying the Commissioner's motion, and we agree with the tax court that it lacked jurisdiction over the Hashemis' challenges involving other tax years. *See* 26 U.S.C. § 6214(a), (b) (tax court lacks jurisdiction to determine overpayment or underpayment for years for which notice of deficiency has not been sent to taxpayer); *Spector v. Comm'r*, 790 F.2d 51, 52 (8th Cir.) (per curiam) (tax court is court of limited jurisdiction), *cert. denied*, 479 U.S. 884, 107 S.Ct. 274, 93 L.Ed.2d 250 (1986). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Michael B. Thornton, United States Tax Court Judge.